IN THE INTEREST OF KBFJ, KDJ,& KJ, CHILDREN

NO. 07-07-0456-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 29, 2007

______________________________

IN THE INTEREST OF K.B.F.J., K.D.J., AND K.J., CHILDREN 

_________________________________

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 63,691-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant, Erika Lizette Fierro, proceeding pro se, filed a notice of appeal challenging the trial court’s order denying her petition to modify the parent-child relationship.  
The filing of a notice of appeal invokes this Court’s jurisdiction; however, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed.  Tex. R. App. P. 25.1(b).  Upon presenting a notice of appeal for filing, the Clerk of this Court is required to collect a filing fee u
nless a party is excused from paying the fee. 
 See 
Tex. R. App. P. 5 and 12.1(b).  Fierro’s notice of appeal was not accompanied by the required fee.  By a letter dated November 7, 2007, the Clerk of this Court notified  Appellant that the fee had not been paid and that failure to pay the required filing fee of $175 within ten (10) days might 
result in dismissal pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure.  To date, Fierro has not paid the required filing fee.      
 

Consequently, we dismiss the appeal.

Patrick A. Pirtle

      Justice